# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

March 23, 2007

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132015

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT MILTON VANGEISON,
      Defendant-Appellant.

_____

SC: 132015
COA: 254117
Muskegon CC: 03-048408-FH

## AMENDMENT TO ORDER

On order of the Court, the order of February 2, 2007 is amended to correct a clerical error by correcting the final two sentences to read as follows:

"Defendant is entitled to early parole eligibility under MCL 791.234(13) See People v Kelly, 474 Mich 1026 (2006)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

_____
Clerk